## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**CHARLES FRABOTT, et al.,**

   **PLAINTIFFS,**

**vs.**                                        **Case No. 2:06-CV-958**

**TRANSPORT CORPORATION OF
AMERICA, INC. et al.,**

                                               **Judge Marbley**
      **DEFENDANTS,**                          **Magistrate Judge King**

---

## DISMISSAL ENTRY WITH PREJUDICE

---

        This matter having been settled and compromised to the satisfaction of all parties

as shown by endorsement of counsel below, Plaintiff Charles Frabott, hereby dismisses

any and all claims against Defendants, Transport Corporation of America and Reginald

Johnson, with prejudice.

        Costs to parties incurring same.

                                  Approved:


                                  Judge Marbley
                                  Magistrate Judge King

Approved:

Andrew S. Goldwasser
MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, Ohio 44113
*Counsel for Plaintiff*

Joseph Golian (0029496)
Richard Craven (0082273)
Golian McCaffrey, LLC
2109 Stella Court
Columbus, Ohio 43215
(614) 258-6000
Fax: (614) 258-0589
jgolian@ohiodefenselaw.com
rcraven@ohiodefenselaw.com
Counsel for Defendants